*Betjemann* v. *Brooklyn Union Elevated R. R. Co.*, 127 App. Div. 83, affirmed.

(Argued June 14, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the operation of defendants' elevated railroad in front of plaintiff's premises and for damages.

*Charles L. Woody* and *George D. Yeomans* for appellants.

*Cyrus V. Washburn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.

---

WATERMAN A. TAFT, as Receiver of the EXPORT LUMBER COMPANY, LIMITED, Respondent, *v.* THE SOUTH BROOKLYN SAWMILL COMPANY, LIMITED, et al., Appellants, Impleaded with Others.

*Taft* v. *South Brooklyn Sawmill Co.*, 123 App. Div. 925, affirmed.

(Argued June 14, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for an accounting under certain business agreements.

*Solomon Hanford* and *Joseph M. Allen* for appellants.

*C. V. Anable, Archibald R. Watson* and *Raymond D. Thurber* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.